IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** *Plaintiff*, v. **ANNA'S CARE, INC.,** *Defendant*. | **CASE NO.: 7:18-CV-172-FL** |

ORDER

This cause comes before the Court on Plaintiff-Intervenor Shiriece Hannah's Motion to Intervene and to Join Party. For good cause shown, Plaintiff-Intervenor's motion is **granted**. Plaintiff is granted leave to intervene in this action and to join Anthony Allen as a defendant. Plaintiff-Intervenor shall file her Complaint in Intervention and provide the Court with a summons for Anthony Allen on or before April 18, 2019.

**So ordered**.

*This the 15th day of April, 2019.*

_____
LOUISE W. FLANAGAN
United States District Judge